

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| In the Matter of the Search of: | MJ 18-53-M-JCL |
| Information associated with: ed@riverofchange.org; jason@riverofchange.org; fez@riverofchange.org; and manage@riverofchange.org; stored at premises controlled by Hostclear.com, a subsidiary of Endurance International Group, Inc. | ORDER |

The warrant in the above-entitled matter having been executed and returned - together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 13th day of August, 2018.

_____
Jeremiah C. Lynch
United States Magistrate Judge